UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-23562-CIV-COOKE/Damian

**YURIBEL SOMBERT**,

    Plaintiff,

v.

**ALLIED HEALTH ORGANIZATION, INC.**,

    Defendant.

_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** came before the Court on a *sua sponte* examination of the record. On April 22, 2022, the Court entered an Order [ECF No. 28] requiring that the parties participate in mediation and noting that failure to comply with the Order could result in sanctions. The Final Mediation Report [ECF No. 39], filed by the mediator on July 27, 2022, advises that Plaintiff did not appear for the scheduled mediation.

On July 29, 2022, the Court issued an Order to Show Cause [ECF No. 40]. The Order required Plaintiff to show cause by August 4, 2022 as to why the case should not be dismissed as a sanction for his failure to appear at the mediation. (*See* July 29, 2022 Order 1). The Court warned that failure to show cause could result in the case being dismissed without prejudice and without further notice. (*See id.*).

Plaintiff has not complied with the Court's Orders, sought an extension of time to do so, or advised that a dismissal will result in a statute of limitations bar to re-filing.

Accordingly, it is

CASE NO. 21-23562-CIV-COOKE/Damian

**ORDERED AND ADJUDGED** that the case is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of the Court is instructed to **CLOSE** the case, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida, this 5th day of August, 2022.

*[signature]*

for **MARCIA G. COOKE**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record